**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| RUBICELLA RAMIREZ, <br> FRANCISCO GONZALES, <br> *Plaintiffs,* <br> <br> v. <br> <br> JAMES KILLIAN, a.k.a. "JR Killian" <br> and KENT RILEY, <br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br> <br> <br> <br> CIVIL ACTION NO. 2:18-CV-00107 |

**DEFENDANT KENT RILEY'S CERTIFICATE OF**
**INTERESTED PERSONS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE SIDNEY A. FITZWATER:

COMES NOW Defendant KENT RILEY and pursuant to Local Rule 3.1(c), files this Certificate of Interested Persons as follows:

1. Plaintiff Rubicella Ramirez;

2. Plaintiff Francisco Gonzales;

3. Law Office of Patrick J. McLain, Counsel for Plaintiffs;

4. Defendant Kent Riley;

5. Collingsworth County, Texas;

6. Defendant James Killian a/k/a JR Killian; and

7. Law Office of Crenshaw, Dupree & Milam, LLP, Counsel for Defendant Kent Riley.

Respectfully submitted,

*/s/ Matt D. Matzner*
MATT D. MATZNER
Texas Bar No. 00797022
TRACI D. SIEBENLIST
Texas Bar No. 24070517
KRISTYN U. SORENSEN
Texas Bar No. 24106537
CRENSHAW, DUPREE & MILAM, L.L.P.
P.O. Box 64479
Lubbock, Texas 79464-4479
Telephone: (806) 762-5281
Facsimile:  (806) 762-3510
mmatzner@cdmlaw.com
tsiebenlist@cdmlaw.com
ksorensen@cdmlaw.com
***Counsel for Defendant Kent Riley***

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing was on this 11th day of July, 2018, served as follows:

**VIA ECF**
Suzy Vanegas
Patrick J. McLain
LAW OFFICE OF PATRICK J. MCLAIN
3316 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
suzy@patrickjmclain.com
patrick@patrickjmclain.com
***Counsel for Plaintiffs***

*/s/ Matt D. Matzner*
OF COUNSEL