IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RUBICELA RAMIREZ, § | | |
| FRANCISCO GONZALES § | | |
| Plaintiffs, § | | CIVIL ACTION |
| § | | |
| v. § | | NO. 2:18-cv-00107-D |
| § | | |
| JAMES KILLIAN, a.k.a. "JR Killian" and § | | |
| KENT RILEY, § | | |
| Defendants. § | | |

## PLAINTIFFS RUBICELA RAMIREZ AND FRANCISCO GONZALES CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE SIDNEY A. FITZWATER:

COMES NOW Plaintiffs RUBICELA RAMIREZ and FRANCISCO GONZALES and pursuant to Local Rule 3.1(c), files this Certificate of Interested Persons as follows:

1. Plaintiff Rubicela Ramirez;

2. Plaintiff Francisco Gonzales;

3. Law Office of Patrick J. McLain, Counsel for Plaintiffs;

4. Defendant James Killian, aka "JR Killian";

5. Defendant Kent Riley; and

6. Law Office of Crenshaw, Dupree & Milam, LLP, Counsel for Defendant Kent Riley.

Respectfully submitted,

**Law Office of Patrick J. McLain**

/s/ Suzy Vanegas_____
SUZY VANEGAS
State Bar No. 24082074
PATRICK J. McLAIN

               State Bar No. 13737480
               3316 Oak Grove Ave, Ste 200
               Dallas, TX 75204
               Telephone: (214) 416-9100
               Facsimile: (972) 502-9879
               suzy@patrickjmclain.com
               Patrick@patrickjmclain.com
               **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

 I certify that a true and exact copy of Plaintiffs Certificate of Interested Persons was served electronically via the CM/ECF system to Matt Matzner (mmatzner@cdmlaw.com), Traci D. Siebenlist (tsiebenlist@cdmlaw.com), and Kristyn Sorensen (ksorensen@cdmlaw.com) on this 16$^h$ day of August 2018.

                    /s/ Suzy Vanegas_____