IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RUBICELA RAMIREZ and<br>FRANCISCO GONZALES,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES KILLIAN, a.k.a. "JR Killian" and<br>KENT RILEY,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>2:18-CV-107-D |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the November 5, 2018 findings, conclusions, and recommendations of the magistrate judge, the court concludes the magistrate judge's findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendations of the magistrate judge are adopted.

Accordingly, defendant Kent Riley's July 11, 2018 motion to dismiss is granted in part and denied in part, and defendant James Killian's September 17, 2018 motion to dismiss is granted in part and denied in part.

**SO ORDERED**.

December 20, 2018.

Sidney A. Fitzwater

SIDNEY A. FITZWATER
SENIOR JUDGE