UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RUBICELLA RAMIREZ, § | | |
| FRANCISCO GONZALES, § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:18-CV-00107-D | |
| § | | |
| JAMES KILLIAN, a.k.a. "JR Killian" § | | |
| and KENT RILEY, § | | |
| Defendants. § | | |

**DEFENDANT KENT RILEY'S OBJECTIONS TO PLAINTIFFS' SUMMARY JUDGMENT EVIDENCE AND MOTION TO STRIKE AND BRIEF IN SUPPORT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE, SIDNEY A. FITZWATER:

COMES NOW Defendant Kent Riley and files these Objections to Summary Judgment Evidence and Motion to Strike Plaintiffs' Evidence and in support thereof would show the Court as follows:

On March 20, 2019, Plaintiffs filed a Response to Defendant Riley's Motion for Summary Judgment on the Issue of Qualified Immunity with Brief in Support. *See* Docs 43 and 44. Plaintiffs also filed an Appendix to their Response containing two Exhibits: plea paperwork for James Killian and a picture of Rubicela Ramirez. *See* Doc. 45. Defendant Riley objects to the admissibility and authenticity of Plaintiffs' summary judgment evidence as set forth herein.

**I.
OBJECTIONS TO PLAINTIFFS' SUMMARY JUDGMENT EVIDENCE**

1.  Exhibit D. Plea paperwork for James Killian. Exhibit D is not properly authenticated (FED. R. EVID. 901), nor is it relevant to the analysis of the issue of Qualified Immunity for Sheriff Riley (FED. R. EVID. 401 and 403). Finally, Exhibit D was not disclosed in Plaintiffs' Rule 26(a)(1) disclosures. Therefore, pursuant to Federal Rule of Civil Procedure

37(c)(1), Plaintiffs are not allowed to use Exhibit D as evidence in response to a Motion for Summary Judgment.  *See* FED. R. CIV. P. 37(c)(1).  Accordingly, Defendant Riley requests the Court to strike Exhibit D in its entirety.

      2.      Exhibit E. Picture of Rubicela Ramirez.  Exhibit E is not properly authenticated (FED. R. EVID. P. 901), and constitutes inadmissible hearsay (FED. R. EVID. 801). Further, the Plaintiffs offered no foundation whatsoever for its entry (date taken, who took the picture, etc). Accordingly, Defendant Riley requests the Court to strike Exhibit E in its entirety.

## II.
### CONCLUSION

Accordingly, Defendants Riley respectfully requests the Court to sustain his objections to Plaintiffs' inadmissible and unauthenticated summary judgment evidence identified above and grant his Motion to Strike the exhibits as requested above.

WHEREFORE, PREMISES CONSIDERED, Defendant Kent Riley respectfully prays that the Court sustain his objections and grant his Motion to Strike.

    Respectfully submitted,

*/s/ Matt D. Matzner*
MATT D. MATZNER
Texas Bar No. 00797022
TRACI D. SIEBENLIST
Texas Bar No. 24070517
CRENSHAW, DUPREE & MILAM, L.L.P.
P.O. Box 64479
Lubbock, Texas 79464-4479
Telephone: (806) 762-5281
Facsimile:  (806) 762-3510
mmatzner@cdmlaw.com
tsiebenlist@cdmlaw.com
***Counsel for Defendant Kent Riley***

## CERTIFICATE OF CONFERENCE

On April 3, 2019, the undersigned counsel conferred with Plaintiffs' counsel Suzy Vanegas regarding the filing of this Motion. Plaintiffs' counsel was opposed to the relief requested in this Motion.

                              */s/ Traci D. Siebenlist*
                              OF COUNSEL

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing was on this 3rd day of April, 2019, served as follows:

**VIA ECF**
Patrick J. Mclain
Suzy Vanegas
LAW OFFICE OF PATRICK J. MCLAIN
900 Jackson Street, Suite 635
Dallas, Texas 75202
*Counsel for Plaintiffs*

**VIA ECF**
Alex Yarbrough
RINEY & MAYFIELD LLP
320 S. Polk Street, Suite 600
Amarillo, Texas 79101
*Counsel for James Killian*

                              */s/ Matt D. Matzner*
                              OF COUNSEL