U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 27 2019
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RUBICELLA RAMIREZ FRANSISCO GONZALES, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:18-CV-107-Z-BR |
| JAMES KILLIAN, a.k.a. "JR Killian" And KENT RILEY, | § § § § | |
| Defendants. | § | |

**ORDER ON MAGISTRATE JUDGE'S FINDINGS, CONCLUSIONS, AND RECOMMENDATION TO GRANT DEFENDANT KENT RILEY'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF QUALIFIED IMMUNITY**

After making an independent review of the pleadings, files, and records in this case, and the August 20, 2019 findings, conclusions, and recommendations of Magistrate Judge Lee Ann Reno (ECF 51), the Court concludes that the Magistrate Judge's findings, conclusions, and recommendations are correct as to Defendant Kent Riley's Motion for Summary Judgement (ECF 32). It is therefore ORDERED that the findings, conclusions, and recommendations of the Magistrate Judge are adopted (EFC 51).

Accordingly, Defendant Riley's Motion for Summary Judgment Based on the Issue of Qualified Immunity (ECF 32) is GRANTED, and Defendant Riley's Objections (ECF 46) are GRANTED as to Exhibit D, and OVERRULED as to Exhibit E.

**SO ORDERED.**

November 27, 2019.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

1