IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RUBICELLA RAMIREZ, FRANCISCO GONZALES | § § § | |
| Plaintiffs | § § | |
| vs. | § § | CIVIL ACTION NO. 2:18-CV-00107-Z-BR |
| | § § | |
| JAMES KILLIAN a.k.a. "JR" KILLIAN and KENT RILEY, | § § § § | |
| Defendants. | § § | |

### DEFENDANT JAMES "JR" KILLIAN'S EXHIBIT LIST

COMES NOW JAMES KILLIAN a.k.a "JR" KILLIAN, Defendant in the above-entitled and numbered cause, and submits the following Exhibit List in accordance with this Court's Scheduling Order dated December 14, 2020.

**A.     Documents and Exhibits Defendant expects to offer at trial.**

| | DESCRIPTION | ADMISSIBLE | OBJECTION |
|---|---|---|---|
| 1. | Offense Report of Francisco Solis-Gonzales (2pages) | √ | |
| 2. | Offense Report of Rubicella Ramirez (2 pages) | √ | |
| 3. | 911 Call (1 recording) | √ | |
| 4. | 07/15/14 Psychological Evaluation for TCOLE Certification (1 page) | √ | |
| 5. | Texas DPS FACT Clearinghouse Report on Killian (2 pages) | √ | |
| 6. | TCOLE Employee Profile for Killian (4 pages) | √ | |
| 7. | Amarillo College Criminal Justice Programs Certificates of Completion (2 pages) | √ | |

| | DESCRIPTION | ADMISSIBLE | OBJECTION |
|---|---|---|---|
| 8. | 10/08/15 Killian's TCOLE Peace Officer Licensing Letters (3 pages) | √ | |
| 9. | Vernon College Continuing Education Certificates (5 pages) | √ | |
| 10. | 05/09/15 TCOLE Letter re Peace Officer Licensing Exam (2 pages) | √ | |
| 11. | 06/20/16 Collingsworth County Sheriff's Office Radio Log (3 pages) | √ | |
| 12. | Francisco Gonzales Criminal File – Cockfighting – Certified Copy (21 pages) | | Relevance |
| 13. | Sheriff's Office Radio Calls (34 recordings and 1 page) | √ | |
| 14. | CV of Martin Birkenfeld (2 pages) | √ | |
| 15. | Business Records Affidavit of Collingsworth County Sheriff's Office (2 pages) | √ | |

**B.     Documents and Exhibits Defendant may offer if the need arises.**

| | DESCRIPTION | ADMISSIBLE | OBJECTION |
|---|---|---|---|
| 1. | American Law Enforcement Radar & Training Certificates (2 pages) | √ | |
| 2. | Juan Solis Criminal File – Cockfighting – Certified Copy (21 pages) | | Relevance |

Defendant may also offer other documents as impeachment evidence at the trial of this cause.

        Respectfully submitted,

        RINEY & MAYFIELD LLP
          Alex Yarbrough – TBN 24079615
          ayarbrough@rineymayfield.com
        320 South Polk Street, Suite 600
        Maxor Building
        Amarillo, Texas 79101
        (806) 468-3200; (806) 376-4509 Fax


        By_____/s/Alex L. Yarbrough_____
                    Alex L. Yarbrough

        ATTORNEY FOR DEFENDANT JAMES "JR" KILLIAN


## CERTIFICATE OF CONFERENCE

On February 22, 2021, I conferred with Plaintiffs' counsel regarding (1) the extent we could agree to the admissibility of these exhibits and (2) if the exhibit is disputed, the nature and legal basis for any objection. The above charts reflect Plaintiffs' counsel's agreement to admissibility or objection to Defendant's exhibits.

        _____/s/Alex L. Yarbrough_____
               Alex L. Yarbrough

## CERTIFICATE OF SERVICE

      This is to certify a true and correct copy of the ***Defendant James "JR" Killian's Exhibit List*** was this 23rd day of February 2021 served on all known counsel of record in accordance with FED. R. CIV. P. 5(b)(2) as follows:

Patrick J. McLain                      *VIA ECF*
  patrick@patrickjmclain.com
LAW OFFICE OF PATRICK J. MCLAIN
900 Jackson Street, Suite 635
Dallas, Texas 75202

and

Martell Harris, Esquire
  mh@tlawf.com
THE TRIAL LAW FIRM, LLC
The Pittsburgher
428 Forbes Avenue, Suite 1700
Pittsburgh, Pennsylvania 15219

*ATTORNEYS FOR PLAINTIFFS*

                                              By     */s/Alex L. Yarbrough*
                                                   Alex L. Yarbrough

151109v1
38391.001