IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| RUBICELLA RAMIREZ, | § | |
|---|---|---|
| FRANCISCO GONZALES, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00107-Z-BR |
| | § | |
| JAMES KILLIAN, a.k.a. "JR Killian" | § | |
| and KENT RILEY, | § | |
| Defendants. | § | |

## PLAINTIFFS' EXHIBIT LIST

Plaintiffs RUBICELLA RAMIREZ and FRANCISCO GONZALES submit the following Exhibit List in accordance with the Federal Rules of Civil Procedure.

A. **Exhibits Plaintiffs expect to offer at trial**.

| | DESCRIPTION | ADMISSIBLE | OBJECTION |
|---|---|---|---|
| 1. | Defendant Killian's Body Cam Footage, 2 videos | | See below |
| 2. | Facebook Messages for Sale of Pitbull, 33 pages | Yes | |
| 3. | Photos of Kitchen, 4 photos | | See below |
| 4. | Photos of German Shepard, 4 photos | | See below |

B. **Defendant's Objections to Exhibits**.  Defendant's objections, or lack thereof, to the plaintiffs' exhibits are noted, verbatim, below.

1. Defendant objects to the video played in its entirety.  Anything past 50 seconds is not relevant, more prejudicial than probative, and serves no purpose other than to confuse the issues or mislead the jury.

2. No Objection.

3. Defendant objects to this exhibit because it is not relevant, more prejudicial than probative, and serves no purpose other than to confuse the issues or mislead the jury.  Defendant further

objects that the exhibit was not properly disclosed within Plaintiffs' 26(a)(3) disclosures filed on November 16, 2020.

4. Defendant objects to this exhibit because it is not relevant, more prejudicial than probative, and serves no purpose other than to confuse the issues or mislead the jury. Defendant further objects that the exhibit was not properly disclosed within Plaintiffs' 26(a)(3) disclosures filed on November 16, 2020.

### C. **Exhibits Plaintiffs may offer if the need arises**.

The above list reflects the intent of the Plaintiffs at this time; however, Plaintiffs may offer other matters as impeachment evidence at trial.

Respectfully submitted,

/s/ *Patrick J. McLain*

_____

Patrick J. McLain
Texas Bar Number 13737480
900 Jackson Street, Suite 635
Dallas, Texas 75202
(214) 416-9100
patrick@patrickjmclain.com
Mart Harris
428 Forbes Avenue, Suite 1700
Pittsburgh, Pennsylvania 15219
(412) 588-0030
mh@tlawf.com
Pennsylvania Bar Number 319504
Attorneys for Plaintiffs Ramirez and Gonzales

### Certificate of Conference

I hereby certify that on 23 February 2021 plaintiff's counsel conferred with defendant's counsel pursuant to the Federal Rules of Civil Procedure, and defendant's counsel objections to plaintiffs' exhibits have been noted in section B above.

/s/ *Patrick J. McLain*

_____

Patrick J. McLain
**ATTORNEY FOR PLAINTIFFS**

## Certificate of Service

I hereby certify that on 23 February 2021, a true and correct copy of the foregoing document was forwarded to defendants' counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/ *Patrick J. McLain*

_____
Patrick J. McLain
**ATTORNEY FOR PLAINTIFFS**