IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RUBICELLA RAMIREZ, FRANCISCO GONZALES Plaintiffs | § § § § | |
| vs. | § § § | Civil Action NO. 2:18-CV-00107-Z-BR |
| JAMES KILLIAN a.k.a. "JR" KILLIAN Defendant. | §§ § | |

# PLAINTIFFS' FIRST MOTION IN LIMINE

Plaintiffs Rubicela Ramirez and Francisco Gonzales, through their counsel, respectfully request an order *in limine* that Defense Exhibit 12 and Potential Defense Exhibit 2 be excluded from trial. In support thereof, Plaintiffs argue as follows:

1. The events of this lawsuit and trial are about Defendant Killian's actions on 20 June 2016.

2. Defense Exhibit 12 and potential Defense Exhibit 2 concern the alleged actions of Plaintiff Gonzales on 22 March 2020.

3. The allegations of misconduct against Plaintiff Gonzales are not relevant to any party's claims or defenses pursuant to Fed.R.Evid. 402 and should be excluded.

4. Such evidence has a substantial danger of confusing the issues, and of misleading the jury pursuant to Fed.R.Evid. 403 and should be excluded.

5. Such evidence is prohibited propensity evidence pursuant to Fed.R.Evid. 404(b) and should be excluded.

6. Such evidence is not permitted pursuant to Fed.R.Evid. 609 as there is no alleged dishonest act nor a false statement as an element to the alleged crime.

Respectfully submitted,

/s/ *Patrick J. McLain*

_____
PATRICK J. McLAIN
Texas Bar No. 13737480
900 Jackson Street, Suite 635
Dallas, Texas 75202
Telephone: (214) 416-9100
Facsimile: (972) 502-9879
suzy@patrickjmclain.com
patrick@patrickjmclain.com

/s/ *Mart Harris*

_____
Mart Harris, Esquire
Pennsylvania Bar. No. 319504
THE TRIAL LAW FIRM, LLC
428 Forbes Avenue, Suite 1700
Pittsburgh Pennsylvania 15219
412.588.0030
MH@TLawF.com
**ATTORNEYS FOR PLAINTIFFS**

## Certificate of Conference

I certify that, on 1 March 2021, counsel for plaintiffs and defendant conferred, and counsel for defendant stated that he is opposed to this motion.

/s/ *Patrick J. McLain*

_____
Patrick J. McLain
Attorney for Plaintiffs

## Certificate of Service

I certify that, on 2 March 2021, a true and correct copy of this motion was forwarded to counsel for defendant pursuant to the Federal Rules of Civil Procedure.

/s/ *Patrick J. McLain*

_____
Patrick J. McLain
Attorney for Plaintiffs