IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RUBICELA RAMIREZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:18-CV-107-Z |
| | § | |
| JAMES KILLIAN, | § | |
| | § | |
| Defendant. | § | |

### ORDER

On April 25, 2021 the Court held a pre-trial conference in anticipation of the jury trial scheduled for August 31, 2021. Upon considering the arguments presented during the conference the Court **ORDERS** the parties submit the following **on or before 5:00 pm CDT Friday, August 25, 2021**:

1. Amended Exhibit and Witness lists reflecting the Court's findings during the pre-trial conference;
2. Any objections to the Court's recommended jury charge discussed during the pre-trial conference; and
3. Any other untimely motions either party believes the Court should rule on before trial.

Further, the Court **ORDERS** Plaintiffs to bring two versions of Plaintiff's Exhibit 1 to trial. The first version should only contain the video from Defendant's body camera from time stamp 0:00 to time stamp 4:12. The second version, on a separate disc or multimedia storage device, should contain the entire recording of Defendant's body cam video.

**SO ORDERED**.

August 25, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE