IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RUBICELLA RAMIREZ, FRANCISCO GONZALES<br><br>Plaintiffs<br><br>vs.<br><br>JAMES KILLIAN a.k.a. "JR" KILLIAN and KENT RILEY,<br><br>Defendants. | CIVIL ACTION NO. 2:18-CV-00107-Z-BR |

**DEFENDANT JAMES "JR" KILLIAN'S AMENDED EXHIBIT LIST**

COMES NOW JAMES KILLIAN a.k.a "JR" KILLIAN, Defendant in the above-entitled and numbered cause, and submits the following Amended Exhibit List in accordance with this Court's Order dated August 25, 2021.

**A.      Documents and Exhibits Defendant expects to offer at trial.**

| | DESCRIPTION | ADMISSIBLE | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1. | Offense Report of Francisco Solis-Gonzales (2 pages) | √ | | Yes |
| 2. | Offense Report of Rubicella Ramirez (2 pages) | √ | | Yes |
| 3. | 911 Call (1 recording) | √ | | Yes |
| 4. | 07/15/14 Psychological Evaluation for TCOLE Certification (1 page) | √ | | Yes |
| 5. | Texas DPS FACT Clearinghouse Report on Killian (2 pages) | √ | | Yes |
| 6. | TCOLE Employee Profile for Killian (4 pages) | √ | | Yes |
| 7. | Amarillo College Criminal Justice Programs Certificates of Completion (2 pages) | √ | | Yes |

| | DESCRIPTION | ADMISSIBLE | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 8. | 10/08/15 Killian's TCOLE Peace Officer Licensing Letters (3 pages) | √ | | Yes |
| 9. | Vernon College Continuing Education Certificates (5 pages) | √ | | Yes |
| 10. | 05/09/15 TCOLE Letter re Peace Officer Licensing Exam (2 pages) | √ | | Yes |
| 11. | 06/20/16 Collingsworth County Sheriff's Office Radio Log (3 pages) | √ | | Yes |
| 12. | Francisco Gonzales Criminal File – Cockfighting – Certified Copy (21 pages) | | Relevance | No |
| 13. | Sheriff's Office Radio Calls (34 recordings and 1 page) | √ | | Yes |
| 14. | CV of Martin Birkenfeld (2 pages) | √ | | Yes |
| 15. | Business Records Affidavit of Collingsworth County Sheriff's Office (2 pages) | √ | | Yes |

B.  **Documents and Exhibits Defendant may offer if the need arises.**

| | DESCRIPTION | ADMISSIBLE | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1. | American Law Enforcement Radar & Training Certificates (2 pages) | √ | | Not Yet |
| 2. | Juan Solis Criminal File – Cockfighting – Certified Copy (21 pages) | | Relevance | No |

Defendant may also offer other documents as impeachment evidence at the trial of this cause.

Respectfully submitted,

RINEY & MAYFIELD LLP
   Alex Yarbrough – TBN 24079615
   ayarbrough@rineymayfield.com
320 South Polk Street, Suite 600
Maxor Building
Amarillo, Texas 79101
(806) 468-3200; (806) 376-4509 Fax


By      /s/Alex L. Yarbrough
      Alex L. Yarbrough

*ATTORNEY FOR DEFENDANT JAMES "JR" KILLIAN*

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the ***Defendant James "JR" Killian's Amended Exhibit List*** was this 27th day of August 2021 served on all known counsel of record in accordance with FED. R. CIV. P. 5(b)(2) as follows:

Patrick J. McLain      *VIA ECF*
  patrick@patrickjmclain.com
LAW OFFICE OF PATRICK J. MCLAIN
900 Jackson Street, Suite 635
Dallas, Texas 75202

and

Martell Harris, Esquire
  mh@tlawf.com
THE TRIAL LAW FIRM, LLC
The Pittsburgher
428 Forbes Avenue, Suite 1700
Pittsburgh, Pennsylvania 15219

*ATTORNEYS FOR PLAINTIFFS*


By      /s/Alex L. Yarbrough
      Alex L. Yarbrough

152294v1